1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff GE H. VANG
6

7

8                    **UNITED STATES DISTRICT COURT**

                    **EASTERN DISTRICT OF CALIFORNIA**
9

10

11 GE H. VANG                        )  Case No.:  1:14-CV-00082-GSA
                                     )
12            Plaintiff,             )  STIPULATION TO EXTEND
                                     )  BRIEFING SCHEDULE
13     vs.                           )
                                     )
14 CAROLYN COLVIN, Acting            )  Doc. 17
                                     )
15 Commissioner of Social Security,  )
                                     )
16            Defendant              )
   _____   )
17

18     TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF

19 THE DISTRICT COURT:

20     Plaintiff Ge H. Vang ("Plaintiff") and defendant Carolyn Colvin, Acting

21 Commissioner of Social Security ("Defendant"), through their undersigned counsel

22 of record, hereby stipulate, subject to the approval of the Court, to extend the time

23 for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to

24 January 23, 2015; and that Defendant shall have until February 23, 2015, to file his

25 opposition.  Any reply by plaintiff will be due March 10, 2015.

26

                                    -1-

1     An extension of time is needed because Plaintiff's Counsel's Spouse

2   undergoes chemotherapy treatment for her Stage IV breast cancer which

3   metastasized initially to her liver and continues to progress there and in her lungs,

4   throat, and spine which required recent hospitalization to treat.  Counsel requires the

5   additional time to file the motion for summary judgment to allow him to devote the

6   appropriate time to assist his Spouse and his two elementary school aged children

7   through this obviously stressful experience.  Counsel sincerely apologizes to the

8   court for any inconvenience this may have had upon it or its staff.

9

10   DATE: December 1, 2014          Respectfully submitted,

11                                  LAW OFFICES OF LAWRENCE D. ROHLFING

12                                   /s/ *Steven G. Rosales*
                                    BY: _____
13                                  Steven G. Rosales
                                    Attorney for plaintiff GE H. VANG
14

15   DATED:  December 1, 2014       BENJAMIN WAGNER
                                    United States Attorney
16

17

18                                  */S/- Jeffrey T. Chen

19                                  _____

20                                  Jeffrey T. Chen
                                    Special Assistant United States Attorney
21                                  Attorney for Defendant
                                    [*Via email authorization]
22

23   ///

24   ///

25   ///

26   ///

-2-

# ORDER

Based on the parties' stipulation set forth above, Plaintiff shall have an extension of time, to and including January 23, 2015, 2014, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant shall file any opposition on or before February 23, 2015; Plaintiff shall file any reply on or before March 10, 2015.

IT IS SO ORDERED.

Dated:   **December 3, 2014**                        **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE