BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA  94105
     Telephone: (415) 977-8939
     Facsimile: (415) 744-0134
     Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GE H. VANG, | ) Civil No. 1:14-cv-00082-GSA |
| | ) |
|    Plaintiff, | ) **STIPULATION AND ORDER FOR AN** |
| | ) **EXTENSION OF TIME FOR** |
|    v. | ) **DEFENDANT TO FILE HER MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) (ECF No. 22) |
| | ) |
|    Defendant. | ) |
| | ) |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

with the approval of the Court, that Defendant shall have a first extension of time of 30 days to

file her motion for summary judgment.  Defendant respectfully requests this additional time

because he had a heavy workload despite due diligence and because he is on vacation in Taiwan

for Chinese New Year from February 26 through March 14, 2015.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Friday, April 3, 2015.

Respectfully submitted,

Date:  _February 26, 2015_          STEVEN ROSALES

By:    _/s/ Steven Rosales*_
STEVEN ROSALES
* By email authorization on Feb. 26, 2015
Attorney for Plaintiff

Date:  _February 26, 2015_          BENJAMIN B. WAGNER
United States Attorney

By:    _/s/ Jeffrey Chen_
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based on the stipulation between the parties, IT IS HEREBY ORDERED that Defendant may have an extension of time to file her opposition brief. Defendant shall file her opposition brief no later than April 3, 2015. Plaintiff may file his reply brief no later than April 20, 2015.

IT IS SO ORDERED.

Dated:  **February 27, 2015**          **_/s/ Gary S. Austin_**
UNITED STATES MAGISTRATE JUDGE

2