BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GE H. VANG, | ) Civil No. 1:14-cv-00082-GSA |
|     Plaintiff, | ) |
|     v. | ) **STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 14 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because a review of the record indicates that further consultation with the client is needed to discuss the possibility of a voluntary remand in lieu of further litigation.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Monday, May 18, 2015.

                                        Respectfully submitted,

Date: *May 4, 2015*                    STEVEN ROSALES

                               By:   */s/ Steven Rosales\**
                                        STEVEN ROSALES
                                        *\* By email authorization on May 4, 2015*
                                        Attorney for Plaintiff

Date: *May 4, 2015*                    BENJAMIN B. WAGNER
                                          United States Attorney

                               By:   */s/ Jeffrey Chen*
                                        JEFFREY CHEN
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

<u>ORDER</u>

Based on the stipulation between the parties, Defendant may have an extension of time to file her opposition brief. Defendant shall file her opposition brief no later than May 18, 2015. Plaintiff may file his reply brief no later than June 2, 2015.

IT IS SO ORDERED.

   Dated:  **May 6, 2015**                **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE