BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GE H. VANG, | Civil No. 1:14-cv-00082-GSA |
| Plaintiff, | **STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that this case be remanded back to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g).

Stip. to Remand Case; Order

1

Upon review of the record, the agency has determined that the claim should be allowed due to Plaintiff's meeting of the special vocational profile set forth in 20 C.F.R. § 416.962(b).

Respectfully submitted,

Date: _May 19, 2015_       STEVEN ROSALES

By:   */s/ Steven Rosales*\*
      STEVEN ROSALES
      *\* By email authorization on May 19, 2015*
      Attorney for Plaintiff

Date: _May 19, 2015_       BENJAMIN B. WAGNER
                           United States Attorney

By:   */s/ Jeffrey Chen*
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

## ORDER

Pursuant to the above stipulation, this matter shall be remanded to the Commissioner as authorized by sentence four of 42 U.S.C. § 405(g) and judgment shall be entered for Plaintiff.

On remand, Plaintiff's claim will be approved based on Plaintiff's qualification for the special vocational profile set forth in 20 C.F.R. § 416.962(b).

The Clerk of the Court is directed to enter final judgment in favor of Plaintiff Ge H. Vang and against Defendant Carolyn W. Colvin, the Acting Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated:   **May 20, 2015**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE