**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GE H. VANG, | ) Case No.: 1:14-cv-00082-GSA |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| vs. | ) ACCESS TO JUSTICE ACT<br>) ATTORNEY FEES AND EXPENSES<br>) PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28<br>) U.S.C. § 1920 |
| Defendant | ) (Doc. 31) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses IT IS ORDERED that fees and expenses in the amount of $3,900.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation. Any attorney fees shall be made pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Given the resolution of the payment of attorney fees, Plaintiff's Motion for Attorney Fees filed on August 18, 2015 (Doc. 31) is denied without prejudice as it is moot.

IT IS SO ORDERED.

Dated:  **September 24, 2015**                    **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE

1
2
3                                                     _____
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26